## Commonwealth v. Cannon, Appellant.

764

Submitted March 19, 1973. *Robert J. F. Brobyn,* for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.